# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ROOSEVELT HANNAH,**

    **Plaintiff,**

**v.**                                                Case No. 4:22-cv-260-AW-MAF

**DAWN MYERS, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's October 28, 2022 Report and Recommendation. ECF No. 13. There has been no objection. I agree with the recommendation for dismissal. The Report and Recommendation is adopted, except as to Sections III.B, C, and D, which I conclude reach issues I need not address.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders." The clerk will then close the file.

SO ORDERED on December 8, 2022.

                                                        s/ *Allen Winsor*
                                                        United States District Judge